# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3229

_____

United States of America,

        Appellee,

v.

Marcus Deangelo Jones,

        Appellant.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Western District of Missouri.
\*
\*   [UNPUBLISHED]
\*

_____

Submitted: December 30, 2008
Filed: January 8, 2009

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Marcus Jones appeals the district court's[1] denial of his Federal Rule of Criminal Procedure 36 motion to correct his presentence report (PSR) to omit references to "crack." We find that Jones's proposed change does not amount to a clerical error or an error arising from oversight or omission. See Fed. R. Crim. P. 36. Jones did not object to the PSR prior to sentencing, see United States v. Paz, 411 F.3d 906, 909 (8th Cir. 2005) (facts in PSR are deemed admitted unless objected to), and there is

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

overwhelming evidence that the drugs at issue were crack cocaine, <u>see</u> <u>United States</u> <u>v. Jones</u>, 275 F.3d 673, 676-78 (8th Cir. 2001).

      Accordingly, we affirm.  We also deny Jones's motion for appellate counsel.

_____